IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEANA WEVER,

Plaintiff,

v.

ILLINOIS EASTERN COMMUNITY
COLLEGE DISTRICT 529, ILLINOIS
EASTERN COMMUNITY COLLEGE
DISTRICT 529 BOARD OF TRUSTEES,
DR. JACK DAVIS, and RODNEY RANES,

Defendants.                                                          No. 10-485-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff Deana Weber's Motion to Dismiss Illinois Eastern Community College District 529 (Doc. 4).  Presumably, Plaintiff seeks to dismiss Defendant pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** as Defendant has not yet filed an Answer.  Plaintiff wishes to dismiss Defendant Illinois Eastern Community College District 529 because she has determined that the correct legal entity is the Illinois Eastern Community College District 529 Board of Trustees, Dr. Jack Davis and Rodney Ranes.  Accordingly, the Court **GRANTS** Plaintiff's motion to dismiss (Doc. 4).  The Court **DISMISSES with prejudice** Defendant

Illinois Eastern Community College District 529.

**IT IS SO ORDERED.**

Signed this 31st day of August, 2010.

/s/     David R Herndon

**Chief Judge**
**United States District Court**