### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEANA WEBER,**

    **Plaintiff,**

**v.**

**ILLINOIS EASTERN COMMUNITY**
**COLLEGE DISTRICT 529, ILLINOIS**
**EASTERN COMMUNITY COLLEGE DISTRICT**
**529 BOARD OF TRUSTEES, DR. JACK DAVIS,**
**and RODNEY RANES,**

    **Defendants.**                   **No. 10-cv-485-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's motion to dismiss (Doc. 81) pursuant to the settlement of this action between the parties. The motion to dismiss (Doc. 112) is granted. This matter is hereby dismissed with prejudice, each party to bear their own costs. The Clerk shall enter judgment accordingly and close the case file.

**IT IS SO ORDERED.**

Signed this 8th day of August, 2011.

David R. Herndon
2011.08.08 13:47:07
-05'00'

**Chief Judge**
**United States District Court**