IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEANA WEBER,

    Plaintiff,

v.

ILLINOIS EASTERN COMMUNITY
COLLEGE DISTRICT 529, ILLINOIS
EASTERN COMMUNITY COLLEGE DISTRICT
529 BOARD OF TRUSTEES, DR. JACK DAVIS,
and RODNEY RANES,

    Defendants.                        No. 10-cv-485-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 8, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                          **Deputy Clerk**

Dated: August 9, 2011

                    David R.
                    Herndon
                    2011.08.09
                    07:57:10 -05'00'
APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT